**Order entered October 23, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00935-CR
No. 05-19-00936-CR

**CHRISTIN LEE GORBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00375-T & F18-29750-T**

## ORDER

Before the Court is the State's October 21, 2020 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received along with the motion filed as of the date of this order.

/s/     LANA MYERS
JUSTICE